UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT I. TOUSSIE, LAURA TOUSSIE
ELIZABETH TOUSSIE, MICHAEL I. TOUSSIE,
PRAND CORP. f/k/a CHANDLER PROPERTY, INC.,
ARTHUR A. ARNSTEIN CORP., TOUSSIE LAND
ACQUISITION & SALES CORP., and TOUSSIE
DEVELOPMENT CORP.,

      Plaintiffs,

  -against-

COUNTY OF SUFFOLK, PAUL SABATINO, II,
PATRICIA B. SIELINSKI, and THOMAS A. ISLES,

      Defendants.
---------------------------------------------------------------X

ORDER
CV 01-6716 (JS)(ARL)
CV 05-1814 (JS)(ARL)

**LINDSAY, Magistrate Judge:**

 Before the court is the letter application of C. William Philips, a non-party, seeking to quash a subpoena requiring him to submit to a deposition. That motion has now been resolved pursuant to a stipulation dated November 1, 2006, which the court so orders. The court's approval of this agreement does not extend the discovery deadline for any other purpose.

 Also before the court is the letter application of non-party Yvonne DeBenedetto seeking to quash the subpoena served on her. The court will hold a telephone conference on November 13, 2006, at 10:30 a.m. to address Ms. DeBenedetto's application. Counsel for the defendants is directed to initiate the call to (631) 712-5730.

Dated: Central Islip, New York
   November 3, 2006

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge